583 A.2d 329

STATE OF NEW JERSEY v. MARION JACOBS.

February 26, 1990.

Petition for certification denied.

583 A.2d 329

STATE OF NEW JERSEY v. PAUL J. SENGHAAS AND
ANTOINETTE G. EGBERT.

February 27, 1990.

Petition for certification denied.

583 A.2d 329

STATE OF NEW JERSEY v. STEPHEN GREGORY WILLIAMS.

February 27, 1990.

Petition for certification denied.

583 A.2d 329

STATE OF NEW JERSEY v. ROBERT EDEN.

February 27, 1990.

Petition for certification denied.